# Vanderbilt Wilson County Hospital

**Confidential and Privileged Peer Review Communication**
**Pursuant to T.C.A. 63-1-150 and 68-11-272**

October 2, 2022

Chris Hoedt, M.D.
c/o C. Bennett Harrison, Jr.
Cornelius & Collins, LLP
Suite 1500, 511 Union Street
P.O. Box 190695
Nashville, TN  37219-0695

Re:  Reinstatement of privileges

Dear Dr. Hoedt:

Along with the VUMC Chair of Orthopedics, I have reviewed the information and assessment of your participation in the Proctoring Program carried out by the Adult Reconstruction Division at VUMC. The 30 cases in which you participated included a variety of primary hip and knee replacement and revision cases by multiple providers within the Adult Reconstruction Division.  The Chair of Orthopedics and I have determined you successfully completed the Proctoring Program.  Your privileges at Vanderbilt Wilson County Hospital are reinstated.

R. Scott Frankenfield, MD, MMHC
VWCH Chief of Staff