IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTEN HOEDT, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-cv-00310 |
| ) | JUDGE CRENSHAW |
| VANDERBILT UNIVERSITY, Vanderbilt ) | MAGISTRATE JUDGE HOLMES |
| University Medical Center, Vanderbilt ) | |
| University Medical Center d/b/a/ Vanderbilt ) | |
| Wilson County Hospital, Rick W. Wright, ) | |
| M.D., Gregory G. Polkowski, M.D., the ) | |
| United States Department of Health and ) | |
| Human Services, and Xavier Becerra, in his ) | |
| official capacity as Secretary, United States ) | |
| Department of Health and Human Services, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT STIPULATION

Plaintiff Christen Hoedt and dismissed Defendants Vanderbilt University ("VU"), the United States Department of Health and Human Services ("HHS"), and its former Secretary Xavier Becerra (collectively, "the Parties"), hereby jointly stipulate as follows:

1. Plaintiff's First Amended Complaint (Doc. 29) alleged breach of contract against VU and violation of the Administrative Procedures Act ("APA") against HHS.

2. On February 12, 2025, the Court granted VU's Motion to Dismiss Plaintiff's breach of contract claim for failure to state a claim. The Court also found that the First Amended Complaint alleged no claim against former Secretary Xavier Becerra and dismissed him *sua sponte*. (Docs. 74, 75).

1

3. On September 9, 2025, the Court granted HHS's Motion for Summary Judgement on Plaintiff's APA claim and entered judgment pursuant to the same. (Docs. 94, 95, 97). The orders granting VU's Motion to Dismiss and HHS's Motion for Summary Judgment are not final and thus are not appealable as of right as of the date of this Stipulation.

4. On January 2, 2026, Plaintiff filed a Motion to Amend/Correct the Complaint (Doc. 115). VU, HHS, and Becerra did not have an opportunity to weigh in on Plaintiff's Motion. The Court granted Plaintiff's Motion as unopposed and directed the Clerk to file Plaintiff's Second Amended Complaint on January 5, 2026. (Docs. 116, 117).

5. The Second Amended Complaint adds no new claims against VU, HHS, or Becerra. It similarly adds no new factual allegations that would affect the dismissal of VU or Becerra, or the judgement granted to HHS. The inclusion of these defendants and the previously dismissed claims against them in the Second Amended Complaint is not an attempt to, and does not, revive those claims before this Court.

6. Accordingly, the Parties understand that this Court's prior Orders dismissing VU, Becerra, and HHS (Docs. 75, 95) and the entry of judgment in favor of HHS (Doc. 97) remain applicable to the Second Amended Complaint, obviating the need for VU, Becerra, or HHS to respond to the Second Amended Complaint. The Parties are submitting a proposed order to this effect contemporaneously with this Joint Stipulation.

Respectfully submitted,

/s/ C. Bennett Harrison, Jr. (w/ permission by AOH)
C. Bennett Harrison, Jr.  (BPR #5702)
Cole G. West (BPR #35384)
Cornelius & Collins, LLP
211 Athens Way, Suite 200
Nashville, TN 37228
cbharrison@cclawtn.com
cgwest@cclawtn.com

Patrick S. Callahan (BPR #29086)
Callahan & Binkley, PLC
321 E. Spring Street, Suite 304
Cookeville, TN 38501
shea@callahanbinkley.com

*Counsel for Plaintiff*

/s/ Kevin C. Klein (w/ permission by AOH)
Kevin C. Klein (BPR #23301)
Callie K. Barker Jennings (BPR #35198)
KLEIN SOLOMON MILLS, PLLC
1322 4th Avenue North
Nashville, Tennessee 37208
kevin.klein@kleinpllc.com
callie.jennings@kleinpllc.com

*Counsel for Defendant Vanderbilt University*

FRANCIS M. HAMILTON III
United States Attorney
Eastern District of Tennessee

By: /s/ Alexa Ortiz Hadley
Alexa Ortiz Hadley (BPR #036892)
Special Assistant United States Attorney
Acting Under Authority Conferred by
28 U.S.C. § 515
United States Attorney's Office
800 Market St., Suite 211
Knoxville, TN 37902
(865) 545-4167
Alexa.Hadley@usdoj.gov

*Counsel for Defendants HHS and Becerra*

## CERTIFICATE OF SERVICE

       I hereby certify that on January 20, 2026, a copy of the foregoing was filed with the Court's Electronic Case Filing System (CM/ECF), and service was made upon all persons registered in this case, including:

C. Bennett Harrison, Jr.
Cole G. West
Cornelius & Collins, LLP
211 Athens Way, Suite 200
Nashville, TN 37228
cbharrison@cclawtn.com
cgwest@cclawtn.com

Patrick S. Callahan
Callahan & Binkley, PLC
321 E. Spring Street, Suite 304
Cookeville, TN 38501
shea@callahanbinkley.com

*Counsel for Plaintiff*

Kevin C. Klein
Callie K. Barker Jennings
KLEIN SOLOMON MILLS, PLLC
1322 4th Avenue North
Nashville, Tennessee 37208
kevin.klein@kleinpllc.com
callie.jennings@kleinpllc.com

*Counsel for Defendant Vanderbilt University*

Thomas Wiseman, III
Wiseman Ashworth Trauger
511 Union Street, Suite 800
Nashville, TN 37219-1743
tom@watlawgroup.com

Yvonne K. Puig
Daphne Andritsos Calderon
Norton Rose Fulbright, US LLP
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701
yvonne.puig@nortonrosefulbright.com
daphne.calderon@notronrosefulbright.com

*Counsel for Defendants VUMC, VWCH, Dr. Wright and Dr. Polkowski*

                                              /s/ Alexa Ortiz Hadley
                                              Alexa Ortiz Hadley
                                              Special Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTEN HOEDT, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-cv-00310 |
| ) | JUDGE CRENSHAW |
| VANDERBILT UNIVERSITY, Vanderbilt ) | MAGISTRATE JUDGE HOLMES |
| University Medical Center, Vanderbilt ) | |
| University Medical Center d/b/a/ Vanderbilt ) | |
| Wilson County Hospital, Rick W. Wright, ) | |
| M.D., Gregory G. Polkowski, M.D., the ) | |
| United States Department of Health and ) | |
| Human Services, and Xavier Becerra, in his ) | |
| official capacity as Secretary, United States ) | |
| Department of Health and Human Services, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER ON PLAINTIFF'S SECOND AMENDED COMPLAINT**

This Court previously dismissed Plaintiff's sole claim against Defendant Vanderbilt University ("VU") and dismissed Defendant Xavier Becerra after finding the First Amended Complaint alleged no claim against him. (Docs. 74, 75). The Court subsequently granted summary judgment for the United States Department of Health and Human Services ("HHS") and entered judgment pursuant to the same. (Docs. 94, 95, 97).

Plaintiff filed a Second Amended Complaint on January 5, 2026. (Doc. 117). Upon the Court's review, the Court finds that the Second Amended Complaint adds no new claims against VU, HHS, or Becerra. It similarly adds no new factual allegations that would affect the dismissal of VU or Becerra, or the judgement granted to HHS. Accordingly, the Court finds that its prior Orders dismissing VU, Becerra, and HHS (Docs. 75, 95) and the entry of judgment in favor of

1

HHS (Doc. 97) remain applicable to the Second Amended Complaint. Defendants VU, Becerra and HHS remain dismissed.

    IT IS SO ORDERED.

                                                            _____
                                                            WAVERLY D. CRENSHAW, JR.
                                                            UNITED STATES DISTRICT JUDGE